IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02601-PAB-BNB

MICHAEL E. CUMMINGS,

Plaintiff,

v.

AVON WYNFIELD LLC,

Defendant.
_____

## ORDER
_____

This matter arises on the parties' **Stipulated Motion to Amend Complaint and Substitute Defendants** [Doc. # 29, filed 2/11/2010] (the "Motion to Amend"). I am also aware of the Minute Order [Doc. # 22] entered by the district judge requiring the defendant to file a status report addressing certain jurisdictional issues. Nothing in this Order is intended to obviate the defendant's obligation to respond to the Minute Order [Doc. # 22] as appropriate.

IT IS ORDERED that the Motion to Amend [Doc. # 29] is GRANTED. The Clerk of the Court is directed to accept for filing the Amended Complaint [Doc. # 29-2].

IT IS FURTHER ORDERED that the case caption is modified as indicated above.

Dated February 12, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge