IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02601-PAB-BNB

MICHAEL E. CUMMINGS,

Plaintiff,

v.

AVON WYNFIELD LLC,

Defendant.

## ORDER

This matter arises on **Plaintiff's Motion to Quash or Modify Subpoenas Duces Tecum and Entry of a Protective Order** [Doc. # 37, filed 4/2/2010] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. Documents responsive to the subpoenas duces tecum shall be produced subject to a mechanism designed by the parties to protect against the disclosure of residually privileged information.

Dated April 26, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge