IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02601-PAB-BNB

MICHAEL E. CUMMINGS,

Plaintiff,

v.

AVON WYNFIELD LLC,

Defendant.

---

## ORDER

---

This matter arises on the defendant's **Motion for Protective Order** [Doc. # 65, filed 8/24/2010]. I held a hearing on the Motion for Protective Order and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion for Protective Order [Doc. # 65] is DENIED.

Dated September 14, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge