IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02601-PAB-BNB

MICHAEL E. CUMMINGS,

Plaintiff,

v.

AVON WYNFIELD LLC,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Modify Scheduling Order** [docket no. 75, filed October 5, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
 The plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 1, 2010**;
 The defendant shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **December 1, 2010**;
 The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **December 15, 2010**;

Discovery Cut-off:         **January 17, 2011**;

Dispositive Motion Deadline:    **January 31, 2011**.

IT IS FURTHER ORDERED that the Pretrial Conference set for January 21, 2011, is **vacated and reset to April 5, 2011, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **March 29, 2011**. Please remember that anyone seeking entry into the Alfred A. Arraj

United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  October 5, 2010