IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02601-WJM-BNB

MICHAEL E. CUMMINGS,

Plaintiff,

v.

AVON WYNFIELD LLC,

Defendant.

---

## ORDER

---

Good cause having been shown,

IT IS ORDERED that the Order to Show Cause [Doc. # 118] is DISCHARGED.

Dated May 25, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge